UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

CHEIKH GOUMBALA
5703 POMPANO COURT
WALDORF, MD 20603
240.342.0047

VS

Case: 1:18-cv-00269 (H-Deck)
Assigned To : Unassigned
Assign. Date : 2/5/2018
Description: Employ Discrim.

PEPCO
701 9TH STREET NW
WASHINGTON DC 20068

# COMPLAINT

I WAS DEMOTED FOR CONDUCT THAT OTHER SIMILARLY SITUATED, NON-BLACK NON-MUSLIM MANAGERS WITH DIFFERENT NATIONAL ORIGINE WERE NOT DEMOTED FOR. I WAS RETALIATED AT AFTER I FILED A COMPLAINT WITH PEPCO ETHICS OFFICE AND THE EEOC OFFICE AND INFORMED THE COMPANY OF IT.

RECEIVED
FEB 05 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I AM REQUESTING FROM THE COURT A MEDIATION FOR A SETTLEMENT WITH PEPCO OR A TRIAL IF PEPCO DOES NOT WANT TO SETTLE.

I AM SEEKING $936,000.00 WHICH EQUAL TO MY COMPENSATION IF I WAS TO CONTINUE WORK UNTIL RETIREMENT

I AM ALSO SEEKING FULL RETIREMENT WHICH IS A COMBINED 55 YEARS AGE AND 30 YEARS OF SERVICE.

I AM ALSO SEEKING MY ATTORNEY FEE

*Cheikh Goumbaca* (signature)

CHEIKH GOUMBACA
5703 POMPANO COURT
WALDORF MD 20603